EDWARD D. STEGER and Others, as Copartners, etc., Respondents, v. FRANCIS R. MAYER and Another, Copartners, etc., Appellants.— Orders affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

KIRBY COAL IRON MARINE COMPANY, Respondent, v. THE MATTHEW ADDY COMPANY and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FRANK MOSS and Others, Composing the Firm of Moss, MARCUS & WELS, Respondents, v. NANYANG BROTHERS TOBACCO COMPANY, LTD., and Another, Appellants.— Order granting motion for preference reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FRANK MOSS and Others, Composing the Firm of Moss, MARCUS & WELS, Respondents, v. NANYANG BROTHERS TOBACCO COMPANY, LTD., and Another, Appellants.— Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MARIE M. COWAN, Respondent, v. FLORENCE S. HARKNESS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

C. A. GAMBRILL MANUFACTURING COMPANY, Appellant, v. NATIONAL CITY BANK OF NEW YORK and E. R. SHERBURNE COMPANY, a Corporation, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Frey & Son, Inc.,* v. *Sherburne Co.* (193 App. Div. 849), handed down herewith. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LOUIS N. HARTOG, Respondent, v. CORN PRODUCTS REFINING COMPANY and Others, Appellants.— Order modified as provided in order and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LEON TANENBAUM and Another, Appellants, v. DETROIT, TOLEDO AND IRONTON RAILROAD COMPANY and Others, Respondents.— Order affirmed, without costs, and without passing upon the merits, for the reason that it does not appear that a temporary injunction is necessary for the preservation of the rights of the plaintiffs as claimed. Present — Clarke P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of the Petition of MARIE V. OHASHI, as Administratrix, etc., of HYDESABURO OHASHI, Deceased, Respondent, for Advice, etc. MABEL DORIS ISAACSEN, General Guardian of ALLAN KYSO OHASHI, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

WINTHROP A. CHANLER, Plaintiff, v. MARGARET L. ALDRICH, Impleaded with JOHN JACOB ASTOR and Others, Defendants. LOUIS CHARLES WILLS, Guardian ad Litem, etc., Appellant; MADELEINE T. DICK, General